# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Zmodo Technology Corporation Limited,

       Plaintiff(s),

vs.

Eyetalk365, LLC,

       Defendant(s).

Case #2:18-cv-01527-RCJ-CWH

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Daniel C. Miller_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Kasowitz Benson Torres LLP_____
(firm name)

with offices at _____1399 New York Avenue, Suite 201_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20005_____,
(city) (state) (zip code)

_____202-760-3492_____, _____dmiller@kasowitz.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Zmodo Technology Corporation Limited_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____May 10, 2004_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____New York_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| U.S. District Court for E.D. Wisconsin | 04/30/2018 | |
| U.S. District for E.D. New York | 08/24/2004 | |
| U.S. District Court for S.D. New York | 08/24/2004 | |
| U.S. Court of Appeals for the Federal Circuit | 03/15/2010 | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 24, 2018 | Eyetalk365 v. Zmodo No. 17-cv-00686 | USDC Nevada-Reno | Granted |
| July 24, 2018 | Eyetalk365 v. Zmodo No. 17-cv-02714 | USDC Nevada-Las Vegas | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF <u>District of Columbia</u>   )
                                      )
COUNTY OF _____   )

_____<u>Daniel C. Miller</u>_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

<u>13</u> day of <u>November</u>, <u>2018</u>.

<u>Wanda Lopez</u>
Notary Public or Clerk of Court
WANDA LOPEZ
NOTARY PUBLIC-DISTRICT OF COLUMBIA
My Commission Expires July 31, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____<u>Chad R. Fears</u>____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____<u>2300 West Sahara Avenue, Suite 900</u>_____,
(street address)

___<u>Las Vegas</u>___, ___<u>Nevada</u>___, ___<u>89102</u>___,
(city)            (state)          (zip code)

___<u>702-805-0290</u>___, ___<u>cfears@efstriallaw.com</u>___.
(area code + telephone number)   (Email address)

4                                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Chad R. Fears_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

___/s/ HX_____
(party's signature)

Henry Haipeng Xiao, General Counsel for the International Division
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

___[signature]_____
Designated Resident Nevada Counsel's signature

6970                    cfears@efstriallaw.com
Bar number              Email address

APPROVED:

Dated: this __21__ day of __November__, 20__18__.

___[signature]_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# DANIEL CARL MILLER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on May 10, 2004, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 2, 2018

5387

Clerk of the Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was electronically served on counsel of record this 14th day of November, 2018, using the Court's CM/ECF System.

                                            */s/ Faith B. Radford*
                                   An Employee of Evans Fears & Schuttert LLP

1