Michael D. Rounds
Nevada Bar No. 4734
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com

Gary R. Sorden (Admitted *Pro Hac Vice*)
Tim Craddock (Admitted *Pro Hac Vice*)
KLEMCHUCK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Email: gary.sorden@klemchuck.com
tim.craddock@klemchuck.com

*Attorneys for Eyetalk365, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>EYETALK365, LLC,<br><br>Defendant. | Case No. 2:18-cv-01527-RCJ-CWH<br><br>**JOINT STIPULATION TO EXTEND DATE FOR JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Zmodo Technology Corporation Limited ("Zmodo" or "Plaintiff") and Defendant Eyetalk365, LLC ("Eyetalk" or "Defendant") hereby stipulate and request an order extending the due date for the parties' Joint Claim Construction and Prehearing Statement by three days from February 8, 2019 to February 11, 2019. The parties filed on February 7, 2019 an extension request to the deadline for an interim status report and the dispositive motion deadline. (ECF No. 35)

- 1 -

This requested extension is not for purposes of delay and is necessary to accommodate the parties' and their attorneys' schedules and commitments, including Eyetalk's counsel's upcoming trial.

Dated: February 8, 2019

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Email: jshaw@kasowitz.com

Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

Attorneys for Plaintiff Zmodo Technology Corporation Limited

Dated: February 8, 2019

By: */s/ Michael D. Rounds*
Gary R. Sorden (*pro hac vice*)
Tim Craddock (*pro hac vice*)
**KLEMCHUK LLP**
Campbell Centre II
8150 North Central Expressway,
10th Floor
Dallas, TX 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Email: gary.sorden@klemchuk.com
tim.craddock@klemchuk.com

Michael D. Rounds
(Nevada Bar No. 4734)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com

Attorneys for Defendant Eyetalk365, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 11, 2019