1 | Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

Jonathan K. Waldrop *(pro hac vice)*
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Email: jshaw@kasowitz.com

Attorneys for Plaintiff
ZMODO TECHNOLOGY CORPORATION LIMITED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>EYETALK365, LLC,<br><br>Defendant. | Case No. **2:18-cv-01527-RCJ-CWH**<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION** |

Plaintiff Zmodo Technology Corporation Limited ("Zmodo" or "Plaintiff") and Defendant Eyetalk365, LLC ("Eyetalk" or "Defendant") hereby file this Stipulation to Stay All Deadlines Pending Resolution.

Plaintiff and Defendant hereby notify the Court that all matters in controversy between them have been settled, in principle. Plaintiff and Defendant request that the Court stay the remaining deadlines contained in the Court's orders (Dkt. Nos. 32 and 38) for thirty (30) days so that the parties can finalize the resolution and file appropriate dismissal papers.

Plaintiff and Defendant will also file a status report to apprise the Court of the resolution progress within twenty-one (21) days of the filing of the Joint Stipulation.

Dated: February 21, 2019

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Email: jshaw@kasowitz.com

Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

Attorneys for Plaintiff Zmodo Technology Corporation Limited

Dated: February 21, 2019

By: */s/ Gary R. Sorden*
Gary R. Sorden (*pro hac vice*)
Tim Craddock (*pro hac vice*)
**KLEMCHUK LLP**
Campbell Centre II
8150 North Central Expressway,
10th Floor
Dallas, TX 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Email: gary.sorden@klemchuk.com

Michael D. Rounds
(Nevada Bar No. 4734)
**BROWNSTEIN HYATT FARBER**
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com

Attorneys for Defendant Eyetalk365, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 22, 2019

Case No. 2:18-cv-01527-RCJ-CWH