Michael D. Rounds
Nevada Bar No. 4734
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com

Gary R. Sorden (admitted *Pro Hac Vice*)
Tim Craddock (admitted *Pro Hac Vice*)
KLEMCHUCK LLP
8150 n. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Email: gary.sorden@klemchuck.com
           tim.craddock@klemchuck.com

*Attorneys for Eyetalk365, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ZMODO TECHNOLOGY CORPORATION LIMITED, | Case No.: 2:18-cv-01527-RFB-CWH |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| EYETALK365, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties as follows:

(1) Plaintiff Zmodo Technology Corporation Limited's claims and causes of action related to the products, systems, services and any other apparatuses that are at issue in the above-captioned case

1 | are voluntarily dismissed WITH prejudice subject to the settlement agreement between the parties;
2 | and
3 |
4 |     (2)    Each Party is to bear its own expenses, attorney's fees, and costs.

April 8, 2019                           **BROWN HYATT FARBER SCHRECK LLP**

By:   /s/ Gary R. Sorden
       Michael D. Rounds, Esq.
       Nevada Bar No. 4734
       5371 Kietzke Lane
       Reno, Nevada 89511
       Tel: 775-324-4100
       Fax: 775-333-8171
       Email: mrounds@bhfs.com

Gary R. Sorden (admitted *pro hac vice*)
Tim Craddock (admitted *pro hac vice*)
**KLEMCHUK LLP**
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Tel: 214-367-6000
Fax: 214-367-6001
Email: gary.sorden@klemchuk.com
       tim.craddock@klemchuk.com

IT IS SO ORDERED
/s/ R. Jones
U.S. DISTRICT JUDGE
DATED: 04-22-2019

*Attorneys for Defendant*
*Eyetalk365, LLC*

**KASOWITZ BENSON TORRES LLP**

By:   /s/ Jonathan K. Waldrop
       Jonathan K. Waldrop (admitted *pro hac vice*)
       Jack Shaw (admitted *pro hac vice*)
       333 Twin Dolphin Drive, Suite 200
       Redwood Shores, California 94065
       Tel: 650-453-5170
       Fax: 650-453-5171
       Email: jwaldrop@kasowitz.com
             jshaw@kasowitz.com